Wilson & Scott Company, appellant, v. Medical & Dental Building Corporation, appellee. Gen. No. 34,818.

Opinion filed June 22, 1931.

Fred B. Houghton, for appellant. Alden, Latham & Young, for appellee; W. L. Quinlan, of counsel.

Mr. Justice Matchett delivered the opinion of the court.


The Ault & Wiborg Company, appellee, v. American Bread Wrapper Company, appellant. Gen. No. 34,969.

Opinion filed June 22, 1931.

West & Eckhart, for appellant; Lewis C. Jesseph and John Neal Campbell, of counsel. Loesch, Scofield, Loesch & Burke, for appellee.

Mr. Justice Matchett delivered the opinion of the court.


W. C. Handley, appellant, v. Roy Olson et al., appellees. Gen. No. 34,985.

Opinion filed June 22, 1931.

John B. King and Forest A. King, for appellant. James E. Lyons and Elwyn E. Long, for appellees.

Mr. Justice Matchett delivered the opinion of the court.


Aline Mason, appellee, v. Washington Fidelity National Insurance Company, appellant. Gen. No. 34,998.

Opinion filed June 22, 1931.

R. J. Wetterlund, for appellant; H. N. Lukins, of counsel. J. Ernest Wilkins, for appellee.

Mr. Justice Matchett delivered the opinion of the court.


Aline Mason, appellee, v. Washington Fidelity National Insurance Company, appellant. Gen. No. 34,999.

Opinion filed June 22, 1931.

R. J. Wetterlund, for appellant; H. N. Lukins, of counsel. J. Ernest Wilkins, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Acacia Mutual Life Association, complainant, v. Helen Marie Thomas et al., defendants.

Helen Marie Thomas, plaintiff in error, v. Bertha Electa Thomas, defendant in error. Gen. No. 35,034.

Opinion filed June 22, 1931.

Edward H. Taylor, for plaintiff in error; Charles M. Haft and Robert B. Ardell, of counsel. McKinley & Schmauch and Beach & Beach, for defendant in error; W. W. Schmauch, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Edward Ellendt, appellant, v. Richard Espeland, appellee. Gen. No. 35,115.

Opinion filed June 22, 1931.

Alexander K. Gembick, for appellant; William Rifkind, of counsel. Goodnow, Allaben & Snewind, for appellee; Charles D. Snewind, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

William E. Cloyes, appellant, v. Great Lakes Finance Corporation, appellee. Gen. No. 35,146.

Opinion filed June 22, 1931.

Roland J. Klingler, for appellant. William McKinley and Paul E. Price, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

John F. Hanley, appellee, v. Carlos Ames et al., appellants. Gen. No. 35,179.

Opinion filed June 22, 1931.